**Opinion issued March 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00626-CV

————————————

**STEPHANIE FINDLEY AND THE FINDLEY FAMILY, Appellants**

**V.**

**FORT BEND COUNTY FAIR ASSOCIATION, Appellee**

---

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Case No. 19-DCV-264334

---

## MEMORANDUM OPINION

Appellants, Stephanie Findley and the Findley Family, have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Farris.